312

(No. 74-CC-468—Claimant )

HUSTON-PATTERSON CORPORATION, Claimant, *vs.* STATE OF ILLINOIS, ILLINOIS STATE MUSEUM, Respondent.

*Opinion filed March 25, 1974.*

HUSTON-PATTERSON CORPORATION, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELD-MAN, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 6953—Claimant )

FORD TRACTOR OPERATIONS, FORD MOTOR COMPANY, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CONSERVATION, Respondent.

*Opinion filed March 25, 1974.*

FORD TRACTOR OPERATIONS, FORD MOTOR COMPANY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.